**IN UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**

**B.B.,**
      **Plaintiff.**


**v.**                                **Civil Action No. 5: 24-cv-00200-KKC**


**UNITED STATES OF AMERICA; and**
**SENIOR OFFICER SPECIALIST GREGORY D. BARRETT,**

      **Defendants.**

### <u>VOLUNTARY ORDER OF DISMISSAL OF GREGORY D. BARRETT</u>

On this date, came the Plaintiff, B.B., by counsel, and advised the Court Plaintiff no longer wishes to pursue this action against Gregory D. Barrett, and moves that this action be dismissed with prejudice, and for each party to bear their own costs and fees.

WHEREUPON, the Court having fully considered this matter and finding the request to be proper, hereby **ORDERS, ADJUDGES** and **DECREES** that this action is, and shall be dismissed and stricken from the docket with each party to bear their respective costs and fees.

Entered this 10th day of June, 2025.

_Karen K. Caldwell_
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

Prepared by:

/s/ Amanda J. Davis, Esq. (WV Bar No. 9375)
L. Danté diTrapano, Esq. (WV Bar No. 6778)
Charles F. Bellomy, Esquire (WVSB #9117)
CALWELL LUCE DITRAPANO PLLC
Law and Arts Center West
500 Randolph Street
Charleston, WV 25302

1

304-343-4323 Telephone
304-344-3684 Facsimile
adavis@cldlaw.com
dditrapano@cldlaw.cm
cbellomy@cldlaw.com

and

David G. Bryant, Esq. (KBN #91351)
David Bryant Law, PLLC
600 W. Main Street, STE 100
Louisville, KY  40202
P: 502-540-1221 F: 502-540-1200
david@davidbryantlaw.com

*Counsel for Plaintiff*

2